# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-2152

_____

Nhut Le; Chai M. Le

*Plaintiffs - Appellants*

United States of America

*Plaintiff*

v.

Wells Fargo Bank, N.A.; Schiller & Adam, P.A.; James J. Pauly; Divine N. Difongwa

*Defendants - Appellees*

Sidney Jintara Yang; Wells Fargo & Company

*Defendant*s

Rebecca Schiller; Sarah J.B. Adam; Jeffrey D. Klobucar

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: March 6, 2015
Filed: March 13, 2015
[Unpublished]

_____

Before MURPHY, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Nhut Le and Chai M. Le appeal from the order of the District Court[1] dismissing their complaint.  Following careful de novo review, we agree with the District Court that the Les' complaint—which was devoid of factual allegations and contained only conclusory legal theories about improprieties surrounding the foreclosure sale of their home and the underlying loan-related documents—failed to state a claim upon which relief could be granted.  See Fed. R. Civ. P. 12(b)(6); see also Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) ("To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" (citation to quoted case omitted)); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007); Topchian v. JPMorgan Chase Bank, N.A., 760 F.3d 843, 848 (8th Cir. 2014) (standard of review).  We have considered the Les' other arguments for reversal and find them to be without merit.  We therefore affirm the judgment of the District Court.

_____

_____

[1]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeffrey J. Keyes, United States Magistrate Judge for the District of Minnesota.